**LEILA W. MORGAN**
California Bar No. 232874
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
Facsimile: (619) 687-2666
Leila_Morgan@fd.org

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | Case No. 08MJ1203-01 |
| Plaintiff,                                              ) | |
|                                                                ) | **NOTICE OF APPEARANCE** |
| v.                                                          ) | |
| WILLIAM PINON,                                  ) | |
| Defendant.                                          ) | |

    Pursuant to implementation of the CM/ECF procedures in the Southern District of California, Leila W. Morgan and Federal Defenders of San Diego, Inc. files this Notice of Appearance as lead counsel in the above-captioned case.

                                                                  Respectfully submitted,

Dated: April 22, 2008                        /s/  *Leila W. Morgan*
                                                                   **LEILA W. MORGAN**
                                                                   Federal Defenders of San Diego, Inc.
                                                                   Leila_Morgan@fd.org
                                                                   Attorneys for Defendant

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov

**Kathryn Ann Thickstun Leff**
Law Offices of Kathryn A. Thickstun
110 West C Street
Suite 2108
San Diego, CA 92101
(619)523-5375
Fax: (619)523-5376
Email: ktleff@cox.net

DATED: April 22, 2008          */s/ Leila W. Morgan*
                                **LEILA W. MORGAN**
                                Federal Defenders of San Diego, Inc.
                                Leila_Morgan@fd.org