

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR1377-JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| WILLIAM PINON (1), ) CYNTHIA ADRIANA RODRIGUEZ (2), ) | |
| Defendants. ) | |

The United States Attorney charges:

On or about April 16, 2008, within the Southern District of California, defendants WILLIAM PINON and CYNTHIA ADRIANA RODRIGUEZ, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Sandra Mendez-Hernandez, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: May 1, 2008.

KAREN P. HEWITT
United States Attorney

*Jane Stingley*
for CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:San Diego
4/22/08