# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>           Plaintiff )<br>           )<br>vs. )<br>           )<br>Pinon )<br>           Defendant(s) ) | CRIMINAL NO. 08CR1377-JAH<br><br>ORDER<br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States ~~District~~/ Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / ~~Case Disposed~~ / Order of Court).

**Sandra Mendez - Hernandez**

DATED: 5/1/08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
        by _____
            Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70062